**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 26 WAL 2019

           Respondent           :

                                      :    Petition for Allowance of Appeal from

               v.                  :    the Order of the Superior Court

CAL HEIDELBERG, III,              :

           Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.